## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF THE BLACK BACKPACK AND MULTI-CAMOUFLAGE BACKPACK SEIZED FROM MITCHELL WRIGHT AND CURRENTLY LOCATED AT THE GREAT FALLS, MONTANA, POLICE DEPARTMENT** | **MJ 20-50-GF-JTJ**<br><br>**ORDER** |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including

the Application and Affidavit for Search Warrant and Search Warrants filed herein,

are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited

purposes of providing copies of documents in discovery, upon initial appearance

on an Indictment by any defendant related to this search warrant and

service/receipt of request for discovery by defense counsel, pursuant to Fed. R.

Crim. P. 16.

DATED this _25th_ day of June 2020.

HON. JOHN T. JOHNSTON
U.S. Magistrate Judge